No. 457. BROOKLYN WATERFRONT TERMINAL CORP. v. UNITED STATES. Court of Claims. Certiorari denied. *Chester T. Lane* for petitioner. *Solicitor General Perl-*

man, *Assistant Attorney General Vanech, Roger P. Marquis* and *Harold S. Harrison* for the United States. ■